UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RHONDA HAM                                                                    PLAINTIFF

V.                                                       CIVIL ACTION NO. 3:07CV617 DPJ-JCS

HAZLEHURST CITY SCHOOL DISTRICT                                               DEFENDANT

ORDER

All parties having announced to the Court that they have settled this case, and the Court

being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties.  The

parties shall submit a Final Agreed Order of Dismissal within twenty (20) days.  If any party fails

to consummate this settlement, the Court will retain jurisdiction, and any aggrieved party may

reopen the case for enforcement of the settlement within ten (10) days, and if successful, all

additional attorneys' fees and costs from this date may be awarded such aggrieved party or

parties against the party failing to consummate the agreement.

**SO ORDERED AND ADJUDGED** this the 30th day of October, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE